UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-146 |
| | § | |
| ANTHONY AND GORDON CONSTRUCTION COMPANY, INC., *et al*, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the parties' "Consent Motion to Extend Plaintiff's Deadline to Designate Experts" (D.E. 32). After due consideration, the Court GRANTS the motion and ORDERS that Plaintiffs may file their designation of experts on or before the 45th day after Defendants Anthony & Gordon Construction Co., Inc. (A&G) and Great American Insurance Co. (GAIC) complete their production of requested document records, including all daily reports, schedules and electronic scheduling data, pay applications with attachments in native format, costs incurred by A&G and any claims by subcontractors and amounts paid to subcontractors on account of any delay or impacts on the Project. The Court further ORDERS Defendants to expedite production of the requested documents. The Court ORDERS the parties to notify the Court upon completion of the production so as to commence the running of the 45-day period. The Court further ORDERS Defendants to complete the production of requested documents on or before July 16, 2018.

ORDERED this 25th day of June, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE